NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS MOAK, DOC #S36697, )
 )
  Appellant, )
 )
v. ) Case No. 2D18-3826
 )
STATE OF FLORIDA, )
 )
  Appellee. )
_____)

Opinion filed June 21, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

Thomas Moak, pro se.

PER CURIAM.

   Affirmed.

SILBERMAN, LUCAS and SMITH, JJ., Concur.